**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on November 3, 2016**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **JEROME A. PROCTOR, JR.,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | : | **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)** |
| | : | **18 U.S.C. § 2114(a)** |
| | : | **(Robbery of Mail, Money or Other Property of the United States)** |
| | : | **18 U.S.C. §§ 111(a)(1), 111(b)** |
| | : | **(Assaulting, Resisting, or Impeding Certain Officers or Employees)** |
| | : | **18 U.S.C. § 924(c)(1)(A)(ii)** |
| | : | **(Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence or a Drug Trafficking Offense)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about November 26, 2016, within the District of Columbia, **JEROME A. PROCTOR, JR.**, robbed or attempted to rob Larry Wills, Jr., a person having lawful charge, custody and control of any mail matter or other property of the United States, of a United States mail satchel. In effecting or attempting to effect the robbery of Larry Wills, Jr., **JEROME A. PROCTOR, JR.** wounded Larry Wills, Jr. and put his life in jeopardy by the use of a dangerous weapon, namely a firearm, that is, a black handgun.

(**Robbery of Mail, Money, or Other Property of the United States**, in violation of Title 18, United States Code, Section 2114(a))

## COUNT TWO

On or about November 26, 2016, within the District of Columbia, **JEROME A. PROCTOR, JR.**, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Larry Wills, Jr., a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of his official duties. During the commission of this offense, **JEROME A. PROCTOR, JR.,** used a deadly or dangerous weapon, namely a firearm, that is, a black handgun, and inflicted bodily injury on Larry Wills, Jr.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Sections 111(a)(1), 111(b))

## COUNT THREE

On or about November 26, 2016, within the District of Columbia, **JEROME A. PROCTOR, JR.**, did unlawfully and knowingly use, brandish, carry and discharge during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is Counts One and Two of this Indictment which are incorporated herein, a firearm, that is, a black handgun.

(**Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence or a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

## COUNT FOUR

On or about November 26, 2016, within the District of Columbia, **JEROME A. PROCTOR, JR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2012-CF2-16424 and in Maryland Case No. 140239B, did unlawfully and knowingly receive and

possess a firearm, that is that is, a black handgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia